**Order filed 13, 2022.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-19-00994-CV

---

### O'ROURKE DIST. CO., INC., Appellant

### V.

### TEXAS PREMIER RESOURCES, LLC, Appellee

---

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1114269**

---

## O R D E R

The clerk's record was filed on January 17, 2020. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain (1) the "2nd Amended Final Judgment" signed on January 22, 2020 and filed on January 23, 2020; or (2) "Plaintiff's Amended Notice of Appeal" filed on March 25, 2020. *See* Tex. R. App. P. 34.5(a)(1).

The Harris County Clerk is directed to file a supplemental clerk's record on or before **January 24, 2022**, containing (1) the "2nd Amended Final Judgment" signed on January 22, 2020, and filed on January 23, 2020; and (2) "Plaintiff's Amended Notice of Appeal" filed on March 25, 2020.

If an omitted item is not part of the case file, the county clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel consists of Justices Jewell, Poissant, and Wilson.